Case 4:19-cr-00132-BRW   Document 51-1   Filed 02/13/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>BRANDON DESHA SCOTT | )<br>)<br>)<br>) Case No: 4:19-CR-00132-BRW<br>) USM No: 32865-009 |
| Date of Original Judgment: 03/26/2021<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Mark Jesse<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR AMENDMENT 821 SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   63   months **is reduced to**   57  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/26/2021   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   02/13/2024                               /s/ Billy Roy Wilson
                                                        *Judge's signature*

Effective Date: _____                                 U.S. District Judge Billy Roy Wilson
*(if different from order date)*                        *Printed name and title*